UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br><br>87,321.38 BEL SEIZED FROM BINANCE ACCOUNT ASSOCIATED WITH USER ID 285513545 ON OCTOBER 24, 2022;<br>29,239.22 USDT SEIZED FROM BINANCE ACCOUNT ASSOCIATED WITH USER ID 153035005 ON OCTOBER 24, 2022; and<br>52,308 USDT SEIZED FROM BINANCE ACCOUNT ASSOCIATED WITH USER ID 195586421 ON OCTOBER 24, 2022,<br>　　　　Defendants *in Rem*. | Civil Action No.:　1:23-CV-10158 |

## **VERIFIED COMPLAINT FOR FORFEITURE *IN REM***

The United States of America, by its attorney, Rachael S. Rollins, United States Attorney for the District of Massachusetts, in a civil action of forfeiture *in rem* pursuant to 18 U.S.C. § 981(a)(1)(C), alleges that:

1. This Court has jurisdiction in this matter pursuant to 28 U.S.C. §§ 1345 and 1355. Venue is appropriate pursuant to 28 U.S.C. § 1395.

2. The defendant property consists of the following:

    a. 87,321.38 BEL[1] seized from Binance account associated with User ID 285513545 on October 24, 2022;

    b. 29,239.22 USDT[2] seized from Binance account associated with User ID 153035005 on October 24, 2022; and

---

[1] "BEL" is the abbreviation for Bella Protocol, a blockchain-based cryptocurrency with its value to dollar fluctuating with the market.

[2] "USDT" is the abbreviation for Tether, a blockchain-based cryptocurrency whose tokens operate as a stablecoin, indicating that each token is equivalent in value to one U.S. dollar.

   c. 52,308 USDT seized from Binance account associated with User ID on October 24, 2022

(collectively, the "Defendant Property").

 3. As detailed in the Affidavit of Bayr Lukomyansky, Special Agent with the United States Secret Service, attached hereto as Exhibit A and incorporated herein by reference, the United States has probable cause to believe that the Defendant Property is subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(C), because it represents property, real or personal, which constitutes or is derived from proceeds traceable to a scheme to defraud in violation of 18 U.S.C. § 1343.  Specifically, there is probable cause to believe that the Defendant Property is subject to forfeiture as proceeds of an online cryptocurrency investment fraud scam.

 WHEREFORE, the United States of America requests:

 1. That a Warrant and Monition, in the form submitted herewith, be issued to the United States Secret Service or its designee, commanding seizure of the Defendant Property, and to give notice to all interested parties to appear and show cause why the forfeiture should not be decreed;

 2. That judgment of forfeiture be decreed against the Defendant Property;

 3. That thereafter, the Defendant Property be disposed of according to law; and

 4. For costs and all other relief to which the United States may be entitled.

       Respectfully submitted,

       RACHAEL S. ROLLINS
       United States Attorney

     By: /s/ Carol E. Head_____
       CAROL E. HEAD
       Assistant United States Attorney
       U.S. Attorney's Office
       1 Courthouse Way, Suite 9200
       Boston, MA 02210
       (617) 748-3100
Dated: January 24, 2023    Carol.Head@usdoj.gov

Verification

    I, Bayr Lukomyansky, Special Agent for the United States Secret Service state that I have read the foregoing Verified Complaint for Forfeiture *in Rem*, and the Affidavit, attached as Exhibit A, and that the contents thereof are true to the best of my knowledge, information, and belief.

                                                               Bayr Lukomyansky
                                                               Special Agent
Dated: January 19, 2023                    United States Secret Service