# EXHIBIT A

**AFFIDAVIT OF SPECIAL AGENT BAYR LUKOMYANSKY**

I, Bayr Lukomyansky, declare and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am a Special Agent ("SA") with the United States Secret Service ("USSS") and have been employed as such since March 1, 2020. I attended the Criminal Investigator Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia and the United States Secret Service Special Agent Training Course at the James J. Rowley Training Center in Beltsville, Maryland. I am currently assigned to the Boston Field Office where I conduct financial crime investigations, including investigations of violations of 18 U.S.C. § 1343 (Wire Fraud). In connection with these investigations, I have conducted or participated in numerous field interviews of suspects and witnesses, physical surveillance, researched bank account documents and documents relating to the wiring of funds between banks and transfer of cryptocurrency between exchanges. Through my training and experience, I have become familiar with various financial frauds and schemes such as bank frauds, wire frauds and mail frauds.

**PURPOSE OF AFFIDAVIT**

2. I submit this affidavit in support of a Verified Complaint for Forfeiture *in Rem* against the following assets:

   a. 87,321.38 BEL[1] seized from Binance account associated with User ID 285513545 ("ACCOUNT-1") on October 24, 2022;

   b. 29,239.22 USDT[2] seized from Binance account associated with User ID 153035005 ("ACCOUNT-2") on October 24, 2022; and

---

[1] "BEL" is the abbreviation for Bella Protocol, a blockchain-based cryptocurrency with its value to dollar fluctuating with the market.

[2] "USDT" is the abbreviation for Tether, a blockchain-based cryptocurrency whose tokens operate as a stablecoin, indicating that each token is equivalent in value to one U.S. dollar.

  c. 52,308 USDT seized from Binance account associated with User ID 195586421 ("ACCOUNT-3") on October 24, 2022

(collectively, the "Defendant Property").

  3. As set forth below, there is probable cause to believe that the Defendant Property represents proceeds traceable to a violation of 18 U.S.C. § 1343 (Wire Fraud) and is subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(C). The Defendant Property was seized pursuant to seizure warrants issued in the District of Massachusetts (Dein, J.) on September 15, 2022.

  4. This affidavit is based on my personal knowledge, information provided by other law enforcement offices and government employees, and information gathered during this investigation including interviews of witnesses, the review of documents, and conversations with other law enforcement officers. This affidavit is not intended to set forth all of the information that I have learned during this investigation but includes only the information necessary to establish probable cause for the forfeiture of the Defendant Property.

## BACKGROUND ON CRYPTOCURRENCY

  5. Based on my training, research, education, and experience, I am familiar with the following relevant terms and definitions:

  6. Cryptocurrency, a type of virtual currency, is a decentralized, peer-to peer, network-based medium of value or exchange that may be used as a substitute for fiat currency to buy goods or services or exchanged for fiat currency or other cryptocurrencies.[3] Examples of cryptocurrency are Bitcoin, Litecoin, and Ether. Cryptocurrency can exist digitally on the

---

[3] Fiat currency is currency issued and regulated by a government such as the U.S. dollar, euro, or Japanese yen.

2

Internet, in an electronic storage device, or in cloud-based servers. Although not usually stored in any physical form, public and private keys (described below) used to transfer cryptocurrency from one person or place to another can be printed or written on a piece of paper or other tangible object. Cryptocurrency can be exchanged directly person to person, through a cryptocurrency exchange, or through other intermediaries. Generally, cryptocurrency is not issued by any government, bank, or company; it is instead generated and controlled through computer software operating on a decentralized peer-to-peer network. Most cryptocurrencies have a "blockchain," which is a distributed public ledger, run by the decentralized network, containing an immutable and historical record of every transaction.[4] Cryptocurrency is not illegal in the United States.

7.  Tether ("USDT") is an alternative type of cryptocurrency or altcoin token. Payments or transfers of value made with Tether are recorded in the blockchain network, but unlike decentralized cryptocurrencies like bitcoin, Tether has some anatomical features of centralization. One centralized feature is that Tether is a stablecoin or a fiat-collateralized token that is backed by fiat currencies, or currencies issued by governments like the dollar and euro. Tether is backed with a matching one to one fiat amount, making it much less violate than its counterpart, Bitcoin. Due to Tether's stable nature, wallet holders typically use a fundamental strategy to hedge their cryptocurrency holdings into Tether to hedge their receipt or earnings value, so it is not affected by the rest of the volatile cryptocurrency market.

8.  Cryptocurrency is stored in a virtual account called a wallet. Wallets are software programs that interface with blockchains and generate and/or store public and private keys used

---

[4] Some cryptocurrencies operate on blockchains that are not public and operate in such a way to obfuscate transactions, making it difficult to trace or attribute transactions.

to send and receive cryptocurrency. A public key or address is akin to a bank account number, and a private key is akin to a PIN number or password that allows a user the ability to access and transfer value associated with the public address or key. To conduct transactions on a blockchain, an individual must use the public address (or "public key") and the private address (or "private key"). A public address is represented as a case-sensitive string of letters and numbers, 26-36 characters long. Each public address is controlled and/or accessed through the use of a unique corresponding private key—the cryptographic equivalent of a password or PIN—needed to access the address. Only the holder of an address' private key can authorize any transfers of cryptocurrency from that address to another cryptocurrency address.

9. Although cryptocurrencies such as Bitcoin and Tether have legitimate uses, cryptocurrency is also used by individuals and organizations for criminal purposes such as money laundering and is an oft-used means of payment for illegal goods and services. By maintaining multiple wallets, those who use cryptocurrency for illicit purposes can attempt to thwart law enforcement's efforts to track transactions.

10. Exchangers and users of cryptocurrencies store and transact their cryptocurrency in a number of ways, as wallet software can be housed in a variety of forms, including on a tangible, external device ("hardware wallet"), downloaded on a PC or laptop ("desktop wallet"), with an Internet-based cloud storage provider ("online wallet"), as a mobile application on a smartphone or tablet ("mobile wallet"), printed public and private keys ("paper wallet"), and as an online account associated with a cryptocurrency exchange. Because these desktop, mobile, and online wallets are electronic in nature, they are located on mobile devices (*e.g.*, smart phones or tablets) or at websites that users can access via a computer, smart phone, or any device that can search the Internet. Moreover, hardware wallets are located on some type of external or

4

removable media device, such as a USB thumb drive or other commercially available device designed to store cryptocurrency (*e.g.*, Trezor, Keepkey, or Nano Ledger). In addition, paper wallets contain an address and a QR code[5] with the public and private key embedded in the code. Paper wallet keys are not stored digitally. Wallets can also be backed up into, for example, paper printouts, USB drives, or CDs, and accessed through a "recovery seed" (random words strung together in a phrase) or a complex password. Additional security safeguards for cryptocurrency wallets can include two-factor authorization (such as a password and a phrase). I also know that individuals possessing cryptocurrencies often have safeguards in place to ensure that their cryptocurrencies become further secured in the event that their assets become potentially vulnerable to seizure and/or unauthorized transfer.

11.  Cryptocurrency "exchangers" and "exchanges" are individuals or companies that exchange bitcoin for other currencies and cryptocurrencies, including U.S. dollars and Tether. According to Department of Treasury, Financial Crimes Enforcement Network ("FinCEN") Guidance issued on March 18, 2013, virtual currency administrators and exchangers, including an individual exchanger operating as a business, are considered money services businesses.[6] Such exchanges and exchangers are required to register with FinCEN and have proper state licenses (if required under applicable state law). From my training and experience, I know that registered money transmitters are required by law to follow Bank Secrecy Act anti-money laundering ("AML") regulations, "Know Your Customer" ("KYC") protocols, and other verification procedures similar to those employed by traditional financial institutions. For

---

[5] A QR code is a matrix barcode that is a machine-readable optical label.

[6] *See* "Application of FinCEN's Regulations to Person Administering, Exchanging, or Using Virtual Currencies," *available at* https://www.fincen.gov/resources/statutes-regulations/guidance/application-fincen-regulations-persons-administering.

5

example, FinCEN-registered cryptocurrency exchangers often require customers who want to open or maintain accounts on their exchange to provide their name, address, phone number, and the full bank account and routing numbers that the customer links to an exchange account.  As a result, there is significant market demand for illicit cryptocurrency-for-fiat currency exchangers, who lack AML or KYC protocols and often also advertise their ability to offer customers stealth and anonymity.  These illicit exchangers routinely exchange fiat currency for cryptocurrencies by meeting customers in person or by shipping cash through the mail.  Due to the illicit nature of these transactions and their customers' desire for anonymity, such exchangers are frequently able to charge a higher exchange fee, often as high as 9-10% (in contrast to registered and BSA-compliant exchangers, who may charge fees as low as 1-2%).

12. Binance Capital Management Co., Ltd. ("BINANCE") is a Cryptocurrency exchange and custodian that allows users to buy, sell and store digital assets.  They hold a Money Service Business Registration in the United States.  Their registration shows an address of Level 3, Melita Court, Triq Giuseppe Cali, Ta'Xbiex XBX 1420, MALTA.

13. Some companies offer cryptocurrency wallet services which allow users to download a digital wallet application onto their smart phone or other digital device.  A user typically accesses the wallet application by inputting a user-generated PIN code or password.  Users can store, receive, and transfer cryptocurrencies via the application; however, many of these companies do not store or otherwise have access to their users' funds or the private keys that are necessary to access users' wallet applications.  Rather, the private keys are stored on the device on which the wallet application is installed (or any digital or physical backup private key that the user creates).  As a result, these companies generally cannot assist in seizing or otherwise restraining their users' cryptocurrency.  Nevertheless, law enforcement could seize

cryptocurrency from the user's wallet directly, such as by accessing the user's smart phone, accessing the wallet application, and transferring the cryptocurrency therein to a law enforcement-controlled wallet.  Alternatively, where law enforcement has obtained the recovery seed for a wallet (*see* above), law enforcement may be able to use the recovery seed phrase to recover or reconstitute the wallet on a different digital device and subsequently transfer cryptocurrencies held within the new wallet to a law enforcement-controlled wallet.

## PROBABLE CAUSE

14. As set forth below, there is probable cause to believe that the Defendant Property represents proceeds obtained through violations of 18 U.S.C. § 1343 (Wire Fraud).  Pursuant to 18 U.S.C. § 981(a)(1)(C), any property, real or personal, which constitutes or is derived from proceeds traceable to a "specified unlawful activity," or a conspiracy to commit such offense is subject to civil forfeiture.  Pursuant to 18 U.S.C. § 1961(1), as incorporated by 18 U.S.C. § 1956(7)(a), violations of 18 U.S.C. § 1343 are a specified unlawful activity.

### *The Scheme to Defraud*

15. On April 29, 2022, Detective Aidan Evelyn of the Lexington Massachusetts Police Department contacted me regarding a Lexington resident, further referred by the initials Q.W.  Q.W. was initially contacted on March 26, 2022, by an individual named "Zhang Aaron" through a LinkedIn message.  A subsequent search of LinkedIn for the individual who contacted Q.W. yielded no results.

16. After connecting on LinkedIn, the individual or individuals purporting to be Zhang then began communicating with Q.W. both through text messaging, using a phone number ending in 0276, and through a messaging application called "WeChat", utilizing two usernames.  A subsequent search of subscriber information through a law enforcement database

7

yielded no results for these usernames. Q.W. stated that Zhang claimed to be from the Hubei Province in China and working for Goldman Sachs in New York before being laid off during the pandemic. They primarily communicated through WeChat and text messages. A subsequent search of subscriber information through TransUnion TLOxp™ for law enforcement database yielded no results.

17. Q.W. stated that Zhang initially contacted because she offered graphic web design in her LinkedIn profile, and Zhang was inquiring regarding potential references. Q.W. stated that during their conversations, Zhang began discussing cryptocurrency. Q.W. had never purchased or sold cryptocurrencies before communicating with Zhang. Q.W. was initially intrigued and interested by the potential return on investment, and Zhang appeared to be very knowledgeable.

18. As evidenced by Q.W.'s messages and statements, between March 30 and April 22, 2022, the individual or individuals identifying themselves as Zhang instructed Q.W. to purchase and then transfer cryptocurrency worth approximately 129,518.58 USDT to specific cryptocurrency wallets that Zhang identified.

19. Following Zhang's instructions, Q.W. established a Coinbase account and electronically transferred money from her Bank of America account, located in Massachusetts, to Coinbase, located in San Francisco, California. Zhang then instructed Q.W. to download an app called "BXMEX" and transfer cryptocurrency from her Coinbase account to cryptocurrency wallet addresses she believed to be related with "BXMEX".

20. I conducted a review of the transfer details provided by Q.W. and, as shown in the chart below, was able to verify five cryptocurrencies transfers from her Coinbase account

consisting of four transfers totaling 21.980076 Ethereum (ETH)[7] and one transfer of 59,975.20 USD Coin (USDC), a stablecoin, for a total amount of approximately 129,518.58 USDT. These transactions are shown below, indicating the dates and UTC time. [8]

| Date | Amount | Transaction Hash |
|---|---|---|
| Mar-30-2022 08:54:11 PM | 0.55829233 ETH | 0x1e5de43b93c89015b98d4cb68b9edd27bfee125ddb253d44b45df89453827809 |
| Mar-31-2022 06:48:00 PM | 5.95303179 ETH | 0xaa634bc16f4d55d06bee3bde672c55272b8f23afba779f01fd71a1c9de53adaf |
| Apr-06-2022 07:30:58 PM | 6.0440141 ETH | 0x66240d160d06796f44eca2d74516e83fe28a9035fc7dee85746df28a1ebe4440 |
| Apr-19-2022 07:27:14 PM | 9.42473834 ETH | 0x00a7803f1e33cd8dfc4163ced92414bbf79bfc48ac473c0570df732f09adcf51 |
| Apr-22-2022 04:00:40 PM | 59,975.204589 USDC | 0x7807aba51ea8f23219b75c454c221e02fb239844edf23ab26b762b9ed5240fc8 |

21.     Q.W. stated that when she viewed her investments on the BXMEX trading platform, it appeared that they continued to increase, instead of fluctuating with the cryptocurrency market. Q.W. stated that she became suspicious of the BXMEX trading platform and contacted Zhang via WeChat under the pretense of needing money for an overseas vacation. As a result, she was able to withdraw 12,870 USDT on April 27, 2022, to her Coinbase account using instructions provided by Zhang. Q.W. stated that when she tried using the same instructions to withdraw the rest of her funds from the BXMEX platform, she was unable to do so.

22.     Q.W. provided law enforcement with screenshots of the transactions conducted from her Coinbase account to "BXMEX".

23.     I conducted an open-source search relating to the application "BXMEX" and discovered several news articles and victim reports identifying BXMEX as a fraudulent cryptocurrency exchange.

---

[7] ETH is not a stablecoin and thus tends to fluctuate in value more than a stablecoin.
[8] UTC is Universal Time Coordinated, also known as Coordinated Universal Time. This is also known as Greenwich Mean Time.

24.     As of August 4, 2022, an open-source check of the website "bxmex.com" revealed that the domain URL is no longer active, however, I was able to utilize a publicly available domain called The Wayback Machine[9], to review two historical snapshots of the BXMEX website that were captured on December 5, 2020, and November 28, 2021.

25.     Based on my training and experience, as well as conversations with other investigators familiar with cryptocurrency platforms, I would expect a legitimate cryptocurrency platform website to display clearly outlined platform policies, company contact information, information regarding the platform's creation, company staff information, along with access for desktop and mobile computing.

26.     Further examination of the archived website referenced above showed the website written predominately in Chinese with two large, hyperlinked buttons for iOS and Android app downloads.  There were no other logos or mentions of legitimate cryptocurrency exchanges or investment organizations.  Upon inspection of the respective App Store hyperlinks, I discovered that the links do not take the user to either the Apple or Android App Stores – instead, it led the user to download the BXMEX application directly from the website.

27.     Accordingly, I have probable cause to the believe Q.W. was fraudulently induced to transfer funds to a scam cryptocurrency platform, *i.e.*, wire fraud, in violation of 18 U.S.C. § 1343.

28.     As a result of this fraud scheme, Q.W. transferred funds to the wallet ending in 5b05.  Based on records obtained from Coinbase, I was able to identify an additional victim who

---

[9] The Wayback Machine is a 501(c)(3) non-profit based out of California, launched public in 2001 and its primary function is to build a digital library of internet sites and other cultural aspects in digital form.  It saves often limited versions of main pages of websites since files systems and subsystems that enable all of the links and multimedia to work properly are not publicly available.  Internet Archive is a useful open-source tool to see if there used to be a website under specific domains.

transferred funds to the wallet ending in 5b05. That victim, identified as L.L., is a resident of Fullerton, California, with funds in ACCOUNT-3 (described further in this affidavit), who suffered a total loss of approximately of $293,700.06.

29. L.L. was contacted through LinkedIn, WeChat, and Line (a messaging application) and was befriended by unknown individual. L.L. reported that throughout their approximately one to two weeklong communications, starting around March 20, 2022, the individual changed screen names multiple times. L.L. reported that the individual spoke both English and Mandarin and encouraged L.L. to invest in cryptocurrency. At the direction of this individual, L.L. transferred approximately $293,700.06 to the wallet ending in 5b05 through Coinbase. After transferring these funds, L.L. was unable to access his funds. L.L. subsequently reported this incident to IC3, the Internet Crime Complaint Center concerning suspected Internet-facilitated criminal activity.

### *The Flow of Funds*

30. Subsequent analysis indicates that funds in ACCOUNT-1, ACCOUNT-2, and ACCOUNT-3 can be traced to the transfers from Q.W.'s Coinbase account.

31. The five (5) transfers from Q.W. Coinbase account are reflected in Figure 1 below, with times shown in UTC. Four transactions were in Ethereum cryptocurrency and later were converted to USDT.

| |
|---|
| **Date: Mar-30-2022 08:54:11 PM** |
| Amount: 0.55828233 ETH later combined with other ETH and converted to 1,813.54 USDT |
| Sent to wallet address: 0x375bae7c4ba9ebb746f7415c1aafcaf213605b05 **(Wallet ending in 5b05)** |
| Transaction Hash: 0x1e5de43b93c89015b98d4cb68b9edd27bfee125ddb253d44b45df89453827809 |
| |
| **Date: Mar-31-2022 06:48:00 PM** |
| Amount: 5.953031.79 ETH later combined with other ETH and converted to 19,340.76 USDT |
| Sent to wallet address: 0x375bae7c4ba9ebb746f7415c1aafcaf213605b05 **(Wallet ending in 5b05)** |
| Transaction Hash: 0xaa634bc16f4d55d06bee3bde672c55272b8f23afba779f01fd71a1c9de53adaf |

| |
|---|
| **Date: Apr-06-2022 07:30:58 PM** |
| Amount:  6.044 ETH later converted to 19,462,26 USDT |
| Sent to wallet address: 0x375bae7c4ba9ebb746f7415c1aafcaf213605b05 **(Wallet ending in 5b05)** |
| Transaction Hash: 0x66240d160d06796f44eca2d74516e83fe28a9035fc7dee85746df28a1ebe4440 |
| |
| **Date: Apr-19-2022 07:27:14 PM** |
| Amount: 9.4247 ETH later converted to 29,297.82 USDT |
| Sent to wallet address: 0x375bae7c4ba9ebb746f7415c1aafcaf213605b05 **(Wallet ending in 5b05)** |
| Transaction Hash: 0xd5189c0eb1117f181c6def485c5b439243c7c843a5db8ab05865451fc68a07ee |
| |
| **Date: Apr-22-2022 04:00:40 PM** |
| Amount: 59,938.60 USDT |
| Sent to wallet address: 0x375bae7c4ba9ebb746f7415c1aafcaf213605b05 **(Wallet ending in 5b05)** |
| Transaction Hash: 0x7807aba51ea8f23219b75c454c221e02fb239844edf23ab26b762b9ed5240fc8 |

**Figure 1**

***The Flow of Funds to ACCOUNT-1:***

32. After receiving 59,975.20 USDC of Q.W.'s funds on April 22, 2022, the controller of wallet address ending in 5b05 remitted the funds to a series of intermediary wallets[10] before almost all of these funds (59,938.60 USDT) were ultimately transferred to the wallet address ending in d46B (*see* Figure 2). USSS agents contacted Binance for information relating to the transfer of funds into wallet address ending in d46B and obtained account records from Binance indicating that this transaction corresponds to ACCOUNT-1, as described more fully below.  After internal Binance review, Q.W.'s funds were converted into 87,321.38 BEL,

33. A listing of the transactions to the intermediary wallets involving Q.W.'s funds can be found in Figure 2 below, with times shown in UTC:

| |
|---|
| **Date: Apr-22-2022 04:15:47 PM** |
| Amount: 59,975.20 USDC |
| Sent to wallet address: 0x55b8afedb93e6ee9f7a43e6461f2ae2278fb00f7 |
| Transaction Hash: 0x8c37ba60982ec1192238f36fde60ac96ab3d5633f7a45060dd46b58acaee75ff |

---

[10] Intermediary wallets are typically private wallets or non-exchange wallets that obfuscate transactions on the Blockchain.  Intermediary wallets support the movement of illicitly obtained funds as they help to conceal and disguise the source of the USDT by layering and severing straight line coordinates of transaction activity on the Blockchain to cash out exchangers.

| |
|---|
| **Date: Apr-22-2022 04:17:51 PM** |
| Conversion of 59,975.20 USDC to 59, 938,60 USDT |
| Wallet address: 0x55b8afedb93e6ee9f7a43e6461f2ae2278fb00f7 |
| Conversation Hash: 0x5af0890e72ec210fab50f4b612c065eb81726a7f7c229910666acd79d4f1c653 |
| |
| **Date: Apr-22-2022 09:47:07 PM** |
| Amount: 59,806.73 USDT |
| Sent to wallet address: 0x3edce9ee1e655c4e8b383d2186ce0b602f348330 |
| Transaction Hash: 0x6c185ae48c9b0d50c4b5b6bdb163cc0c793df683d1ee22529490a0c95637ca0c |
| |
| **Date: Apr-23-2022 06:27:44 AM** |
| Amount: 800,000 USDT |
| Sent to wallet address: 0x081adceafa50353042020dd55de0961e210f1aeb |
| Transaction Hash: 0xb7b6d759f3db3c02fec87c585110688e21ce51b82ecf2b3da9631c40ca165ca7 |
| |
| **Date: Apr-28-2022 12:10:58 PM** |
| Amount: 476,732 USDT |
| Sent to wallet address: 0x6d3a1059ad3b9271a13c68c8522f504b3cce0a74 |
| Transaction Hash: 0xa4e85c7a816fa3153b9cc34e50a2c5a42e7028b6db0090dec6dd8e20bcad10b8 |
| |
| **Date: Apr-28-2022 12:21:23 PM** |
| Amount: 506,186 USDT |
| Sent to wallet address: 0x7a96d8c26233dbadf92650d3c27d28ddd72eb085 |
| Transaction Hash: 0x240f02760bca8d31caa12c55e120a74d0b28cf65efb677d496f5ae4725d50126 |
| |
| **Date: Apr-29-2022 03:21:46 AM** |
| Amount: 59,523 USDT |
| Sent to wallet address: 0x5fa1cee62b2b20ae16ef4f6dfaa4511b2eb9d46b |
| Transaction Hash: 0xd86b22101e24fc7bd0968f7af601b8e90b6007f92478bb1794dfd1d8d23b4c16 |

**Figure 2**

34.     A visual depiction containing the transfers identified in Figures 1 and 2 above are reflected in Attachment 1.

35.     After reviewing Attachment 1 and other facts of this investigation, I was able to identify that after multiple intermediary transfers, 59,938.60 USDT of Q.W.'s funds were ultimately transferred to wallet address ending in d46B (referenced in paragraph 32). Records provided by Binance reflect that the transfer of Q.W.'s funds into wallet address ending in d46B (referenced in Attachment 1, Figure 2, and paragraph 32) is attributable to Binance Account ID

number 285513545, also known as ACCOUNT-1, which is held in the name of Marut Mebutdee. The records indicate that ACCOUNT-1 was opened on or about October 11, 2021.

36. Of the amounts held in ACCOUNT-1, the Government seized 59,938.60 USDT on October 24, 2022, reflecting the total amount of Q.W.'s funds that were traced and transferred to ACCOUNT-1. Q.W.'s funds were sent from Q.W. on April 22, 2022, traced through analysis shown in Attachment 1, transferred through a series of intermediary wallets identified in Figure 2, and ultimately ended up in ACCOUNT-1. On October 24, 2022, Binance sent 87,321.38 BEL. Currently, the seized BEL is being held in a USSS controlled crypto wallet.

***The Flow of Funds to ACCOUNT-2:***

37. After receiving 6.044 ETH and 9.4247 ETH of Q.W.'s funds on April 6 and April 19, 2022 (*see* Figure 1), the controller of wallet address ending in 5b05 remitted the funds to a series of intermediary wallets and converted to USDT before 29,239.22 USDT of these funds were ultimately transferred to the wallet address ending in ae97 (*see* Figure 3). USSS agents contacted Binance for information relating to the transfer of funds into wallet address ending in ae97 and obtained account records from Binance indicating that this transaction corresponds to ACCOUNT-2, as described more fully below.

38. A listing of these transactions can be found in Figure 3 below, with times shown in UTC:

| **Date: Apr-06-2022 07:39:48 PM** |
|---|
| Amount: 6.044 ETH |
| Sent to wallet address: 0x55b8afedb93e6ee9f7a43e6461f2ae2278fb00f7 |
| Transaction Hash: 0x5d1aa3c7d78c94a6686f2fca53469dfa756cd9a331c586d52289dbae8181b375 |
| |
| **Date: Apr-06-2022 07:53:28 PM** |
| Conversion 6.03 WETH to 19,462.26 USDT |
| Sent to wallet address: 0x55b8afedb93e6ee9f7a43e6461f2ae2278fb00f7 |
| Transaction Hash: 0x0e1da63294f6f3e15d1dd3998707f706738a7d4584fde2e76eb3f41368e88a86 |

| |
|---|
| **Date: Apr-09-2022 02:16:14 PM** |
| Amount: 19524.44 USDT |
| Sent to wallet address: 0x54debb11a97681b59b2ef4b337dae4f8918e3423 |
| Transaction Hash: 0x14a32433029363bf3762fc0689395788848e85bceb0391dd6eddd0b61f104b61 |
| |
| **Date: Apr-19-2022 07:47:19 PM** |
| Amount: 9.4163 ETH |
| Sent to wallet address: 0x55b8afedb93e6ee9f7a43e6461f2ae2278fb00f7 |
| Transaction Hash: 0x814cf1ecd0b295c78ad8b3bef962ff0b0fd25fd517546141ce88a139e5022ab6 |
| |
| **Date: Apr-19-2022 07:50:30 PM** |
| Conversion 9.4163 WETH to 29,297.82 USDT |
| Sent to wallet address: 0x55b8afedb93e6ee9f7a43e6461f2ae2278fb00f7 |
| Transaction Hash: 0x51513adf0c077e42be111768bd8d7689ae3f8aa720ca07b4e431a3bc2f615c72 |
| |
| **Date: Apr-20-2022 12:47:29 AM** |
| Amount: 29,239.22 USDT |
| Sent to wallet address: 0x54debb11a97681b59b2ef4b337dae4f8918e3423 |
| Transaction Hash: 0xbf0dc6c286fe8959def4a926c2d84fd2cc8ed9ee78a25e77b97177425775fc3c |
| |
| **Date: Apr-20-2022 07:02:14 AM** |
| Amount: 1,000,000 USDT |
| Sent to wallet address: 0x0999d095dfa07b3481ecc92c4081db25251dbde3 |
| Transaction Hash: 0xc4cf7a8c02a4555812b94d786d4f492387561bcf849aa49517afcecdac4dc0e1 |
| |
| **Date: Apr-21-2022 08:12:40 AM** |
| Amount: 370,370 USDT |
| Sent to wallet address: 0x41d21433db2a7d2fdc6f011ecfc6bdb099c7b922 |
| Transaction Hash: 0xe82a879ae0a32078d80e2c59a5cf4401fad39063675615a186d8099024949bce |
| |
| **Date: Apr-22-2022 01:08:28 PM** |
| Amount: 71,641 USDT |
| Sent to wallet address: 0xdac17f958d2ee523a2206206994597c13d831ec7 |
| Transaction Hash: 0x7e17959d37474007ab5c4f6187ecb73af8797ac255f2c54279563c4383b7d7a8 |

**Figure 3**

39.     A visual depiction containing the transfers identified in Figure 3 above are reflected in Attachment 2.

40.     After reviewing Attachment 2 and other facts of this investigation, I was able to identify that after multiple intermediary transfers, 29,239.22 USDT of Q.W.'s funds were ultimately transferred to wallet address ending in ae97 (referenced in paragraph 37).  Records

15

provided by Binance reflect that the transfer of Q.W.s funds into wallet address ending in ae97 (referenced in Attachment 2 and paragraph 37) is attributable to Binance Account ID number 153035005, also known as ACCOUNT-2, which is held in the name of Yicai Luo. Records indicate that ACCOUNT-2 was opened on or about May 11, 2021.

41. Of the amount currently held in ACCOUNT-2, the Government seized 29,239.22 USDT on October 24, 2022, reflecting the total amount of Q.W.'s funds (referenced above) that were traced and transferred to ACCOUNT-2. Q.W.'s funds were sent from Q.W. between April 6 and April 19, 2022, traced through analysis shown on Attachment 2, transferred through a series of intermediary wallets identified in Figure 3, and ultimately ended up in ACCOUNT-2. The seized USDT is currently being held in a USSS controlled crypto wallet.

### Flow of Funds to ACCOUNT-3:

#### Q.W. Victim

42. After receiving 0.5582 ETH and 5.95 ETH of Q.W.'s funds on March 30 and March 31, 2022 (*see* Figure 1), the controller of wallet address ending in 5b05 remitted the funds to a series of intermediary wallets and converted to USDT before 21,154.3 USDT of the victim funds were ultimately transferred to Binance User ID 195586421 (*see* Figure 4). USSS agents contacted Binance for information relating to the transfer of funds into Binance User ID 195586421 and obtained account records from Binance indicating that this transaction corresponds to ACCOUNT-3, as described more fully below in paragraph 45.

43. A listing of these transactions can be found in Figure 4 below, with times shown in UTC:

| |
|---|
| **Date: Mar-30-2022 08:58:11 PM** |
| Amount: 0.5582 ETH |
| Sent to wallet address: 0x55b8afedb93e6ee9f7a43e6461f2ae2278fb00f7 |
| Transaction Hash: 0x381d3f2245877a225050d1c85657d17e6efa14ad3bd780bd4ad1a844c1732da1 |

| |
|---|
| **Date: Mar-31-2022 06:52:33 PM** |
| Amount: 5.95 ETH |
| Sent to wallet address: 0x55b8afedb93e6ee9f7a43e6461f2ae2278fb00f7 |
| Transaction Hash: 0x7ee64a29338a1968b7d4ac4fb6cb5079514ab7209d0fb4f9d9bab46b85f33185 |
| |
| **Date: Apr-01-2022 05:56:04 AM** |
| Conversion 50.8 WETH to 165,044.63 USDT |
| Sent to wallet address: 0x55b8afedb93e6ee9f7a43e6461f2ae2278fb00f7 |
| Transaction Hash: 0xe3c9a1a2a3438452143483c5c0fa4398c0a8edf8780afa1610f3e8a56a43304a |
| |
| **Date: Apr-01-2022 09:07:02 AM** |
| Amount: 164,681.53 |
| Sent to wallet address: 0xeb60841a784f70e3df0f5b5af945872697aadc2e |
| Transaction Hash: 0x8d6283b6624d27752da5e7675d6a4dbb95a795d84a8e1c69a83235736c4db8bc |
| |
| **Date: Apr-01-2022 03:49:56 PM** |
| Amount: 179,820 USDT |
| Sent to wallet address: 0x240a186788afb5f52cbb04864bac7012fb990803 |
| Transaction Hash: 0xc3b10f5c8eef8ecb8176aaaab2aa4651bbba3582faf91a75340ee4b5881b4b60 |
| |
| **Date: Apr-02-2022 04:51:07 PM** |
| Amount: 52,308 USDT |
| Sent to wallet address: 0x519c7e4181aeb20f4e7b400eb4aa21891f794a3b |
| Transaction Hash: 0x39b0fe86b0ec36c2a9267904db6e3ee94719114fe2e844e287da5dd061c3652e |
| |
| **Date: Apr-03-2022 06:28:35 AM** |
| Amount: 15,000 USDT |
| Sent to wallet address: 0x97f7a4f0a3fefb79ad643fbf04289795065a2a85 |
| Transaction Hash: 0x2cd05b2c5487cd290a029036fbfde49afd3997b838c19774e10286c091c1e2d2 |
| |
| **Date: Apr-03-2022 07:33:09 AM** |
| Amount: 37,308 USDT |
| Sent to wallet address: 0x97f7a4f0a3fefb79ad643fbf04289795065a2a85 |
| Transaction Hash: 0xcce6d45361ff4c14a6793fa2a460a140cbe8bd0454853a61ebf37cee32c416b7 |
| |
| **Date: Apr-05-2022 12:53:22 PM** |
| Amount: 50,896 USDT |
| From Binance wallet address: 315786987 |

**Figure 4**

44. A visual depiction containing the transfers identified in Figure 4 above are reflected in Attachment 3.

45. After reviewing Attachment 3 and other facts of this investigation, I was able to identify that after multiple intermediary transfers, 21,154.3 USDT of Q.W.'s funds were ultimately transferred to Binance User ID 195586421 (referenced in paragraph 42). Records provided by Binance reflect that the transfer of Q.W.'s funds (Figure 4, and paragraph 42) is attributable to Binance Account ID number 195586421, also known as ACCOUNT-3, which is held in the name of Li Chun Gyi. Records indicate that ACCOUNT-3 was opened on or about November 7, 2021.

### *L.L. Victim*

46. After receiving 44.8497 ETH and 43.5329 ETH of L.L. funds on March 29 and March 30, 2022 (*see* Figure 5), the controller of wallet address ending in 5b05 remitted the funds to a series of intermediary wallets and converted to USDT. Once converted to USDT, L.L.'s funds were comingled with Q.W.'s funds in the transfer of 164,681.53 USDT on April 1, 2022, referenced in Figure 4 above. On April 2, 2022, 31,153.70 USDT of L.L.'s funds, along with Q.W.'s funds, in a transfer totaling 52,308 USDT were transferred into intermediary wallet address ending in 94a3b and ultimately transferred to Binance User ID 195586421, also known as ACCOUNT-3.

47. On October 24, 2022, the Government seized 52,308 USDT. This is the total amount of Q.W.'s and L.L.'s funds (referenced above) that were traced and transferred to ACCOUNT-3. The seized USDT is currently being held in a USSS controlled crypto wallet.

## CONCLUSION

48. Based the information set forth above, I believe there is probable cause that the Defendant Property is subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) because it represents proceeds traceable to a scheme to defraud in violation of 18 U.S.C. § 1943, specifically an online cryptocurrency investment scam.

Pursuant to 28 U.S.C. § 1746, I declare under the penalties of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief. Executed this 19 day of January, 2023.

_____
Special Agent Bayr Lukomyansky
United States Secret Service