UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>          Plaintiff,<br>    v.<br><br>87,321.38 BEL SEIZED FROM BINANCE ACCOUNT ASSOCIATED WITH USER ID 285513545 ON OCTOBER 24, 2022; 29,239.22 USDT SEIZED FROM BINANCE ACCOUNT ASSOCIATED WITH USER ID 153035005 ON OCTOBER 24, 2022; and 52,308 USDT SEIZED FROM BINANCE ACCOUNT ASSOCIATED WITH USER ID 195586421 ON OCTOBER 24, 2022,<br>          Defendants *in Rem*. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.: 1:23-CV-10158<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## WARRANT AND MONITION

To:    The United States Secret Service or its designee

You Are Hereby Commanded to give notice to all persons concerned that a Verified Complaint for Forfeiture *in Rem* (the "Complaint"), a copy of which is attached hereto, has been filed by the United States of America against the following defendant property, described as:

a.  87,321.38 BEL[1]  seized from Binance account associated with User ID 285513545 on October 24, 2022;

b.  29,239.22 USDT[2]  seized from Binance account associated with User ID 153035005 on October 24, 2022; and

c.  52,308 USDT seized from Binance account associated with User ID 195586421 on October 24, 2022

(collectively, the "Defendant Property").

---

[1] "BEL" is the abbreviation for Bella Protocol, a blockchain-based cryptocurrency with its value to dollar fluctuating with market.

[2] "USDT" is the abbreviation for Tether, a blockchain-based cryptocurrency whose tokens operate as a stablecoin, indicating that each token is equivalent in value to one U.S. dollar.

This Court has found probable cause for forfeiture of the Defendant Property. Accordingly, you are hereby directed to serve, and give notice of the Complaint by:

(1) Publishing notice of the United States' intent to forfeit the Defendant Property via the government website, www.forfeiture.gov, for thirty (30) consecutive calendar days; and

(2) Mailing a copy of this Warrant and Monition, together with a copy of the Complaint to:

Binance Capital Management Co., Ltd.
Level 3, Melita Court, Triq Giuseppe Cali,
Ta'Xbiex XBX 1420, MALTA

by certified mail, postage prepaid and return receipt requested, or by serving such copies on the above-listed parties by hand or by electronic mail.

You Are Further Commanded to arrest, attach, inspect, and retain the Defendant Property in your custody until further order of this Court.

You Are Further Commanded to give due notice by appropriate service of process, as provided herein, to all persons who claim an interest of the Defendant Property, or assert that the Defendant Property should not be condemned or disposed of pursuant to the prayer of the Complaint. Upon execution of this process, you are directed further to file the execution in this Court with your return thereon.

ALL CLAIMS TO THE DEFENDANT PROPERTY MUST BE FILED WITH THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS AND SERVED UPON ASSISTANT UNITED STATES ATTORNEY CAROL E. HEAD, UNITED STATES ATTORNEY'S OFFICE, ASSET RECOVERY UNIT, 1 COURTHOUSE WAY, SUITE 9200, BOSTON, MASSACHUSETTS 02210, WITHIN SIXTY (60) DAYS AFTER THE FIRST DAY OF PUBLICATION ON THE OFFICIAL GOVERNMENT FORFEITURE WEBSITE OR WITHIN THIRTY-FIVE (35) DAYS AFTER RECEIPT OF ACTUAL NOTICE, WHICHEVER IS EARLIER. ALL ANSWERS TO THE COMPLAINT MUST BE FILED

WITH THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS AND SERVED UPON ASSISTANT UNITED STATES ATTORNEY CAROL E. HEAD, UNITED STATES ATTORNEY'S OFFICE, ASSET RECOVERY UNIT, 1 COURTHOUSE WAY, SUITE 9200, BOSTON, MASSACHUSETTS 02210, WITHIN TWENTY-ONE (21) DAYS AFTER THE FILING OF THE CLAIM.  CLAIMS MUST BE FILED IN ACCORDANCE WITH THE FEDERAL RULES OF CIVIL PROCEDURE, SUPPLEMENTAL RULES FOR ADMIRALTY OR MARITIME AND ASSET FORFEITURE CLAIMS.  THE PROCEDURES FOR FILING A PETITION FOR REMISSION OR MITIGATION ARE SET FORTH IN 28 CODE OF FEDERAL REGULATIONS, PART 9.  IN ADDITION TO THE PROCEDURES MANDATED BY THOSE REGULATIONS, A COPY OF ANY PETITION FOR REMISSION OR MITIGATION SHOULD BE SENT TO ASSISTANT UNITED STATES ATTORNEY CAROL E. HEAD, UNITED STATES ATTORNEY'S OFFICE, ASSET RECOVERY UNIT, 1 COURTHOUSE WAY, SUITE 9200, BOSTON, MASSACHUSETTS 02210.

        Robert M. Farrell, Clerk
        U.S. District Court

By: _____
     Deputy Clerk

Date: _____, 2023

APPROVED AND SO ORDERED:

_____
United States District Judge

Date: _____, 2023